IN RE ANTHONY E. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 96 Conn. App. 414 (AC 26420), is denied.

*Raymond J. Rigat,* in support of the petition.

*Gary J. Wilson,* in opposition.

Decided September 20, 2006